26 F.3d 123
 Sandler Associates, L.P., Mc Carthy (Daniel R.)
v.
Bellsouth Corporation, Mobile Communications Corporation of
America, BLS Acquisition Corp., I, Inc., Nady (Xavier W.),
Palmer (John N.), Raiser (C. Victor, II), Barksdale (Thomas
G.), Triplett (R. Faser, M.D.), Walker (E. Lee), Sandler
Associates, L.P.
 NO. 93-7343
 United States Court of Appeals,
Third Circuit.
 Apr 12, 1994
 
 Appeal From: D.Del.,
 Longobardi, J.,
 
 818 F.Supp. 695
 
 1
 AFFIRMED.